# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

12 JUL 20 PM 4:43

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 12CR1731-L |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| RUDY GARAY CAMPOS (1), | |
| Defendant. | |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__XX__ an indictment has been filed in another case (12CR2336-L) against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

_____ the Court has granted the motion of the Government for dismissal, without prejudice; or

_____ the Court has granted the motion of the defendant for a judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

__XX__ of the offense(s) as charged in the Information:

  8:1326 - ATTEMPTED REENTRY OF REMOVED ALIEN

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 16, 2012

M. James Lorenz
U.S. District Judge